**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| **ERICA LYNN WINT** ) | |
| ) | **CASE NO. 23-40058-PWB** |
| Debtor, ) | |
| ) | **JUDGE BONAPFEL** |
| ) | |
| ) | |
| **ERICA LYNN WINT** ) | |
| ) | **CONTESTED MATTER** |
| Objector, ) | |
| vs. ) | |
| ) | |
| **MIDFIRST BANK** ) | |
| ) | |
| Claimant. ) | |

**OBJECTION TO PROOF OF CLAIM #10**

COMES NOW, **ERICA LYNN WINT,** Debtor in the above styled case, and files herewith this OBJECTION TO PROOF OF CLAIM (Claim #10 on the Courts' Docket) of **MidFirst Bank (hereinafter referred to as the "Respondent"),** and showing to this Court as follows:

1.

The Debtor filed the above styled Chapter 13 on January 18, 2023.

2.

**Respondent** filed a proof of claim on March 6, 2023 which included an estimated arrearage of $13,152.67. Respondent's claim is secured by Debtor's primary residence.

3.

However, Debtor filed a Motion to Sell that was granted (Docket No. 35 and 37) and therefore paying Respondent's claim in full from the proceeds. Debtor therefore requests that Respondent's claim no longer be funded. Debtor anticipates on closing on the property **prior** to this hearing. In the event that does not happen, Debtor's attorney shall re-notice the foregoing hearing until Respondent confirms receipt of funds from the sell.

WHEREFORE, Debtor prays for relief as follows:

(a) that the matter be set for a hearing at the earliest possible time;
(b) that the entire proof of claim number ten (10) no longer be funded; and
(c) for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No: 412798

Law Office of Jeffrey B. Kelly
107 East Fifth Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| **ERICA LYNN WINT** | ) | |
| | ) | **CASE NO. 23-40058-PWB** |
|     Debtor, | ) | |
| | ) | **JUDGE BONAPFEL** |
| | ) | |
| | ) | |
| **ERICA LYNN WINT** | ) | |
| | ) | **CONTESTED MATTER** |
|     Objector, | ) | |
| vs. | ) | |
| | ) | |
|     **MIDFIRST BANK** | ) | |
| | ) | |
|     Claimant. | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM OF MIDFIRST BANK (CLAIM NO. 10) ; OF DEADLINE FOR FILING RESPONSE; AND NOTICE OF HEARING**

PLEASE TAKE NOTICE that **Erica Lynn Wint** Debtor, has filed an Objection to the above-referenced claim seeking an Order granting such. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views, then on or before **February 29, 2024**, you or your attorney must:

(1) File with the Court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address: Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia, 30161-3187.

If you mail your response to the Clerk for filing, you must mail it early enough so

the Clerk will actually receive it on or before the date stated above.

(1)  Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the Court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the Court may enter an order disallowing your claim as requested without further notice and without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the court will hold a hearing on the Objection to Proof of Claim at **10:00 am on March 6, 2024**, in Courtroom 342 at 600 East First Street Rome, Georgia 30161, which may be attended in person or via the Court's Virtual hearing Room. You may join the Virtual hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link of the Judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the Judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera off position until the Court instructions otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the Judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the

hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 339 Federal Building 600 East Frist Street Rome, GA 30161-3187.

Dated this 30th day of January 2024.

 /s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No: 412798

Law Office of Jeffrey B. Kelly
107 East Fifth Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

**Certificate of Service**

       I, Jeffrey B. Kelly, certify that on the 30th day of January 2024, I electronically filed the foregoing Objection to Proof of Claim with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filings to the parties or attorneys of record. I have also on this day caused a copy of the pleadings to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Chapter 13 Trustee
K.Edward Safir
285 Peachtree Center Ave NE STE 1600
Atlanta GA 30303

Erica Wint
355 Creeks Jewell Dr.
Ringgold, GA 30736

Sean R Quirk
Atty for MidFirst Bank
5565 Glenridge Connector STE 350
Atlanta, GA 30342

MidFirst Bank
FDIC 4063
Attn Jeff Records, CEO
501 NW Grand Blvd
Oklahoma City, OK 73118
(Via Certified Mail)

This 30th day of January 2024.

                                                /s/ Jeffrey B. Kelly
                                                Jeffrey B. Kelly
                                                Attorney for Debtor
                                                GA Bar No: 412798

Law Office of Jeffrey B. Kelly
107 East Fifth Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com